The Honorable Kymberly K. Evanson

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON**

FEDERAL HOME LOAN MORTGAGE ASSOCIATION,

Plaintiff,

v.

GRE DOWNTOWNER LLC,

Defendant.

Case No. 2:26-cv-00176-KKE

STIPULATED MOTION FOR EXTENSION OF TIME FOR THE INITIAL SCHEDULING DEADLINES

(Clerk's Action Required)

**STIPULATION**

Pursuant to the Court's direction on May 27, 2026, the Parties hereby stipulate and respectfully request the Court grant this joint Stipulation to Extend Time for the Initial Scheduling Deadlines and issue a scheduling order amending the case scheduling dates set forth in the Order dated February 18, 2026 (Dkt. #19), which had been entered following the parties' joint request for an extension of the initial case schedule on February 10, 2026.

The Parties respectfully submit that they are cooperating with the Receiver in this action, which had been appointed pursuant to the Court's order dated January 29, 2026 (Dkt. #12) upon the parties' stipulation, and require additional time to allow for the Receiver to perform work and provide the Parties with necessary information in connection with the subject property.

The Parties agree and stipulate that the proposed six-month extension of the case deadlines and a corresponding amendment of the Case Schedule is necessary for this purpose. This request is not made for purposes of delay, but only in order to allow the Parties sufficient time to continue

STIPULATED MOTION FOR EXTENSION OF TIME
FOR THE INITIAL SCHEDULING DEADLINES - 1
[No. 2:26-cv-00176-KKE]

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, Washington 98104-4041
(206) 946-4910

to cooperate with the Receiver, as well as explore the possibility of a resolution.

Based upon the foregoing, the Parties propose the following, amended case management dates:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Deadline for Federal Rule of Civil Procedure ("FRCP") 26(f) Conference | 5/20/2026 | 12/11/2026 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 6/5/2026 | 1/6/2027 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | 6/12/2026 | 1/13/2027 |

WHEREFORE, the Parties request that the Court grant this Stipulated Motion, vacate the current case schedule, and extend the remaining case deadlines as set forth above.

Date:  May 29, 2026

SEYFARTH SHAW LLP

By  *s/Wendy M. Feng*
    Andrew R. Escobar, WSBA No. 42793
    Wendy M. Feng, WSBA No. 53590
    999 Third Avenue, Suite 4700
    Seattle, Washington 98104
    Email: aescobar@seyfarth.com
        wfeng@seyfarth.com

    Jason J. DeJonker, *pro hac vice*
    Peter J. Roberts, *pro hac vice*
    233 S Wacker Drive, Suite 8000
    Chicago, Illinois 60606-6448
    Email: jdejonker@seyfarth.com
        pjroberts@seyfarth.com

*Attorneys for Plaintiff Federal Home Loan Mortgage Association*

STOEL RIVES LLP

By  *s/ Bryan Glover*
    Bryan Glover, WSBA No. 51045
    600 University St., Suite 3600
    Seattle, Washington 98101-3197
    Email: bryan.glover@stoel.com

*Attorneys for Defendant GRE Downtowner LLC*

STIPULATED MOTION FOR EXTENSION OF TIME
FOR THE INITIAL SCHEDULING DEADLINES  - 2
[NO. 2:26-CV-00176-KKE]

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, Washington  98104-4041
(206) 946-4910

## CERTIFICATE OF SERVICE

I do hereby certify that I have caused a true and correct copy of the foregoing STIPULATED MOTION FOR EXTENSION OF TIME FOR THE INITIAL SCHEDULING DEADLINES to be served upon the following:

STOEL RIVES LLP
Bryan Glover, WSBA No. 51045
600 University St., Suite 3600
Seattle, Washington 98101-3197
Email: bryan.glover@stoel.com

☒ via WDWA ECF
☐ via U.S. Mail
☐ via Facsimile
☐ via Messenger Service
☒ via Email

*Attorneys for Defendant*
*GRE Downtowner LLC*

Dated this 29th day of May, 2026.

*s/ George Barrington*
George Barrington, Legal Assistant
Seyfarth Shaw LLP
999 Third Avenue, Suite 4700
Seattle, WA 98104-4041
Email: gbarrington@seyfarth.com

STIPULATED MOTION FOR EXTENSION OF TIME
FOR THE INITIAL SCHEDULING DEADLINES - 3
[No. 2:26-cv-00176-KKE]

SEYFARTH SHAW LLP
999 Third Avenue
Suite 4700
Seattle, Washington  98104-4041
(206) 946-4910