The Honorable Kymberly K. Evanson

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

FEDERAL HOME LOAN MORTGAGE ASSOCIATION,

                              Plaintiff,

          v.

GRE DOWNTOWNER LLC,

                              Defendant.

Case No. 2:26-cv-00176-KKE

ORDER GRANTING PARTIES' STIPULATED MOTION    FOR EXTENSION OF TIME FOR THE INITIAL SCHEDULING DEADLINES

(Clerk's Action Required)

ORDER GRANTING PARTIES STIPULATED MOTION
FOR EXTENSION OF TIME FOR THE INITIAL
SCHEDULING DEADLINES
[NO. 2:26-CV-00176-KKE]

# ORDER

THIS MATTER having come before the Court upon stipulation of the Parties, and the Court having considered the above and finding good cause to grant a continuance in this case, hereby ORDERS that the schedule of initial deadlines in this matter will be adjusted as listed below and a new case schedule shall be issued.

| Event | Current Date | Proposed New Date |
|---|---|---|
| Deadline for Federal Rule of Civil Procedure ("FRCP") 26(f) Conference | 5/20/2026 | 12/11/2026 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 6/5/2026 | 1/6/2027 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | 6/12/2026 | 1/13/2027 |

DATED this 29th day of May 2026.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge

Presented by:

SEYFARTH SHAW LLP

By  *s/Wendy M. Feng*
   Andrew R. Escobar, WSBA No. 42793
   Wendy M. Feng, WSBA No. 53590
   999 Third Avenue, Suite 4700
   Seattle, Washington 98104
   Email: aescobar@seyfarth.com
        wfeng@seyfarth.com

   Jason J. DeJonker, *pro hac vice*
   Peter J. Roberts, *pro hac vice*
   233 S Wacker Drive, Suite 8000
   Chicago, Illinois 60606-6448
   Email: jdejonker@seyfarth.com
        pjroberts@seyfarth.com

   *Attorneys for Plaintiff Federal Home*
   *Loan Mortgage Association*

STOEL RIVES LLP

By  *s/ Bryan Glover*
   Bryan Glover, WSBA No. 51045
   600 University St., Suite 3600
   Seattle, Washington 98101-3197
   Email: bryan.glover@stoel.com

   *Attorneys for Defendant*
   *GRE Downtowner LLC*

ORDER GRANTING PARTIES STIPULATED MOTION
FOR EXTENSION OF TIME FOR THE INITIAL
SCHEDULING DEADLINES  - 1
[No. 2:26-cv-00176-KKE]